

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Oncor Electric Delivery Company LLC,   * From the County Court at Law
of Brown County,
Trial Court No. CV1103096

Vs. No. 11-14-00164-CV   * July 29, 2016

El Halcon Investments LLC,   * Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Oncor Electric Delivery Company LLC.